UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

UNITED STATES OF AMERICA,

        Plaintiff,

v.　　　　　　　　　　　　　　　　　　Case No. 2:11-cr-20
　　　　　　　　　　　　　　　　　　　　HON. R. ALLAN EDGAR

DONALYN LYNETTE TAISTO,

        Defendant.
_____/

## ORDER OF DETENTION

Defendant appeared before the undersigned on March 8, 2016 for an initial appearance on the petition for revocation of supervised release.  Karl Numinen appeared on behalf of defendant for the Federal Public Defender Elizabeth A. LaCosse. Mr. Numinen requested time for Ms. LaCosse to consult with her client.

The defendant will remain in the custody of the U.S. Marshal Service pending resolution of this matter.

IT IS SO ORDERED.

                                                /s/ Timothy P. Greeley
                                               TIMOTHY P. GREELEY
                                               UNITED STATES MAGISTRATE JUDGE

Dated:  3/9/2016