UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

UNITED STATES OF AMERICA,

       Plaintiff,

v.

       Case No.: 2:11-cr-20

       HONORABLE PAUL L. MALONEY

DONALYN LYNETTE TAISTO,

       Defendant.
_____/

## ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

The Court has reviewed the Report and Recommendation filed by United States Magistrate Judge Timothy P. Greeley in this action (ecf No. 93). The Report and Recommendation was duly served on the parties. No objections have been filed.

ACCORDINGLY, the Report and Recommendation is hereby adopted as the opinion of the Court.

**THEREFORE, IT IS ORDERED** that Defendant Taisto's petition for early termination of supervised release (ECF No. 85) is GRANTED and the term of supervised release is terminated.

Dated: January 24, 2017                       /s/ Paul L. Maloney
                                                          Paul L. Maloney
                                                          United States District Judge